Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (303) 830-0809
bhunsicker@MarkusWilliams.com

ATTORNEY FOR
DEBTOR-IN-POSSESSION

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| US REALM POWDER RIVER, LLC | ) Case No. 19-20699 |
| f/k/a MORIAH POWDER RIVER, | ) |
| LLC EIN 47-4520716 | ) |
| | ) |
| Debtor-in-Possession. | ) |
| | ) |
| _____ | ) |
| US REALM POWDER RIVER, LLC | ) |
| f/k/a MORIAH POWDER RIVER, | ) Adv. Case No. 21-02016-CDP |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JOHNSON COUNTY, WYOMING, | ) |
| | ) |
| Defendant. | ) |

## STATUS REPORT

US Realm Powder River, LLC, f/k/a Moriah Powder River, LLC ("Debtor"), by and through its undersigned counsel, files this Status Report in connection with the *Order Requiring Status Report* (the "Order") entered by the Court in this proceeding on June 15, 2026 at Adv. Dkt. 88.

1

4894-9837-6826, v. 1

1.      On April 22, 2026, this Court entered its *Order Granting Motion for Entry of Order: (I) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially all of the Debtors' Assets Under 11 U.S.C. §§ 363(b) and 363(m); (II) Authorizing the sale of Assets Free and Clear of all Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to 11 U.S.C. § 363(f); (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365; and (IV) Granting Related Relief* (Case No. 19-20699, [Doc. 1620]) (the "Sale Order").

2.      Entry of the Sale Order, and the closing of the transaction contemplated therein which has occurred, have resolved the claims asserted in this adversary proceeding. As a result, the Debtor will file a consensual motion to dismiss this adversary proceeding in the near future.

Dated June 29, 2026.

**MARKUS WILLIAMS LLC**

By: /s/ *Bradley T. Hunsicker*
Bradley T. Hunsicker (WY Bar No 7-4579)
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 303-830-0809
Email: bhunsicker@markuswilliams.com

*Counsel for the Debtor-in-Possession*

2

4894-9837-6826, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served *as indicated* on 29 June 2026, upon the below-named parties:

**CM/ECF:**

Thomas Bullock
Bullock & Coffman, LLP
tbullock@bullockcoffman.com

/s/ Bradley T. Hunsicker
Bradley T. Hunsicker

4894-9837-6826, v. 1